UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 16-23971-AJC |
| | : | |
| ROLANDO DIAZ, | : | CHAPTER 7 |
| | : | |
|     Debtor | : | |
| _____/ | | |

## AGREED EX PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE

The undersigned counsel for Soneet R. Kapila, as Trustee moves this Court ex-parte for the entry of an Agreed Order extending the deadlines for filing objections to the Debtor's claimed exemptions and objecting to discharge in this case and in support thereof states:

1. This is a voluntary Chapter 7 case which was commenced by the Debtor on October 17, 2016, and Soneet R. Kapila was appointed to serve as the Chapter 7 Trustee.

2. The Meeting of Creditors was held in connection with this case on November 16, 2016.

3. The Trustee requires additional time in which to investigate the financial dealings of the debtor, the current market value of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

4. The current deadline for filing objections to claimed exemptions in connection with this case is February 14, 2017. The Trustee requests a 30 day extension of this deadline to March 16, 2017.

5. The current deadline for filing objections to the Debtor's discharge in connection with this case is March 18, 2017. The Trustee requests a 30 day extension of this deadline to April 17, 2017.

6. F.R.B.P 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

7. The assistant to the undersigned received confirmation from the office of Robert Sanchez, Esq. (Debtor's attorney) on January 16, 2017, who indicated that he had no objections to extending the deadlines to object to claimed exemptions and to object to the Debtor's discharge by 30 days.

WHEREFORE, Soneet R. Kapila, Trustee, moves this Court for the entry of an Agreed Order extending the deadline for filing objections to the Debtor's claimed exemptions to March 16, 2017, and extending the deadline for filing objections to the Debtor's discharge to April 17, 2017, together with any other relief the Court deems appropriate under the facts.

Dated: January 17, 2017

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida  33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net


By  _/s/ Robert A. Angueira, Esq.____
    ROBERT A. ANGUEIRA
    Florida Bar No. 0833241

CASE NO.: 16-23971-AJC

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 17th day of January, 2017, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 17th day of January, 2017, to:

- Soneet Kapila     trustee@kapilaco.com,  ecf.alert+Kapila@titlexi.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Robert Sanchez     court@bankruptcyclinic.com,  courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida  33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net


By  */s/ Robert A. Angueira, Esq.*
    ROBERT A. ANGUEIRA
    Florida Bar No. 0833241

3