UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO.: 16-23971-AJC |
| | : | |
| ROLANDO DIAZ, | : | CHAPTER 7 |
| | : | |
|    Debtor | : | |
| _____/ | | |

### TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER NON-EXEMPT PERSONAL PROPERTY
(2003 Dodge RAM 1500)

COMES NOW Soneet Kapila, Chapter 7 Trustee ("*Trustee*") by undersigned counsel, pursuant to 11 U.S.C. § 541 and 542, and files this Motion to Compel Debtor to Turnover Non-Exempt Personal Property and in support thereof, states as follows:

### Background

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 17, 2016 (the "*Petition Date*") and Soneet Kapila is the duly appointed Chapter 7 Trustee (the "*Trustee*").

2. The §341 Meeting of Creditors in connection with this case was held and concluded on November 16, 2016 (the "*341 Meeting of Creditors*").

### The Vehicle

3. On Schedule B [D.E. #1], Item #3.1, the Debtor listed a 2003 Dodge Ram 1500 vehicle with a value of $3,775.00 and no lien on Schedule D (the "*Dodge*"). Upon reasonable information and belief the Debtor did not base the scheduled valuation of the Dodge on any pre-petition appraisal.

4.   The Trustee believes the actual value of the Dodge in its current condition is closer to $7,000.00 based on a Black Book valuation of this vehicle. However, the position of the Trustee is that the market should set the actual value of the Dodge.

## The Request for Turnover

5.   The Trustee does not dispute that the Debtor is entitled to a $1,000.00 statutory motor vehicle exemption and a $1,000.00 personal property exemption. The Debtor applied $1,980.00 in exemptions to the Dodge. The Trustee's position is that the Debtor can bid this exemption amount at auction.

6.   The Dodge is property of the estate under 11 U.S.C. §541. The Trustee is seeking the turnover of the Dodge.

7.   The Trustee is entitled to turnover of the Dodge under 11 U.S.C. §542. See generally, United States v. Whiting Pools, Inc., 462 U.S. 198, 103 S. Ct. 2309 (1983) and United States v. Challenge Air International, Inc., 952 F.2d 384 (11th Cir. 1992).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order:

1.   Directing the turnover of the 2003 Dodge Ram 1500 vehicle listed on Schedule B, Item #3.1 to Soneet Kapila c/o Stampler Auctions within five (5) days of the signing of the Order;

2.   Directing that the Debtor brings with the vehicle the title, insurance card and all keys to the 2003 Dodge Ram 1500 vehicle to Soneet Kapila c/o Stampler Auctions at 6740 Taft Street, Hollywood, FL 33024 within five (5) days of the signing of the Order;

3.   Granting any such additional relief as this Court deems Just and Proper.

CASE NO.: 16-23971-AJC

Dated: March 14, 2017.

                                      ROBERT A. ANGUEIRA, P.A.
                                      16 S.W. 1st Avenue
                                      Miami, Florida 33130
                                      Tel. (305) 263-3328
                                      Fax (305) 263-6335
                                      e-mail rangueir@bellsouth.net

                                      By /s/ *Robert A. Angueira*
                                         ROBERT A. ANGUEIRA
                                         Florida Bar No. 0833241

CASE NO.: 16-23971-AJC

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 14th day of March, 2017, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 14th day of March, 2017, to:

- Robert A Angueira    rangueir@bellsouth.net, yanay@rabankruptcy.com;lillian@rabankruptcy.com;richard@rabankruptcy.com

- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Robert Sanchez    court@bankruptcyclinic.com, courtECFmail@gmail.com

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net

By /s/ *Robert A. Angueira*
    ROBERT A. ANGUEIRA
    Florida Bar No. 0833241

4